

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

March 3, 1970

Honorable John Kinross-Wright          Opinion No. M-589
Commissioner
Texas Department of Mental Health   Re:   Authority of the Texas
    and Mental Retardation                Department of Mental
Box S, Capitol Station                    Health and Mental Re-
Austin, Texas  78711                      tardation to use the
                                          appropriation for salaries
                                          of classified positions
                                          in payment of patient or
                                          student assistance and
Dear Dr. Kinross-Wright:                  rehabilitation contracts.

        You have requested our opinion as to whether the
Texas Department of Mental Health and Mental Retardation's
appropriation for salaries of classified positions may be used
in payment of patient or student assistance and rehabilitation
contracts.

        Section 18 of Article II of House Bill 2, Acts 61st
Leg. 2nd C.S. 1969 (General Appropriation Act for the biennium
ending August 31, 1971), provides at page II-45:

        "PATIENT OR STUDENT ASSISTANCE.  Subject
        to the approval and rules and regulations of
        the governing boards, patients or students
        in any state hospital or special school under
        the jurisdiction of the boards, who are as-
        sisting in the operation of the institutions
        as part of their therapy, may receive gratui-
        ties out of any funds available to the respec-
        tive institutions in amounts not to exceed
        five dollars ($5) per week for each such
        student or patient participating."

        Subdivision (i) of Section I of Article V of House
Bill 2 provides:

        "Notwithstanding other provisions in this
        Article which authorize transfer of funds, no

-2807-

funds appropriated in this Act for salaries of
classified positions may be transferred unless
the language of this Act specifically authorizes
the transfer of such funds appropriated for
salaries of classified positions."

In view of the provisions of Subdivision (i) of
Section 1 of Article V, above quoted, it is our opinion that
the Texas Department of Mental Health and Mental Retardation
does not have the authority to expend moneys for salaries
of classified positions in payment of patient or student as-
sistance and rehabilitation contracts.

Attorney General's Opinion WW-520 (1958) which
holds

"Funds appropriated to the Board for
Texas State Hospitals and Special Schools as
the item 'medical treatment salaries and
wages' may be used to pay the Central Edu-
cation Agency costs of rehabilitation services
pursuant to an interagency contract"

is not applicable to your request, since the Appropriation Act
in 1957 did not contain provisions similar to Subdivision (i)
of Section 1 of Article V of the current General Appropriation
Act.

## S U M M A R Y

The Texas Department of Mental Health
and Mental Retardation does not have authority
to expend appropriations for salaries of
classified positions in payment of patient
or student assistance rehabilitation contracts
for the reason that Subdivision (i) of Section
1 of Article V, House Bill 2, Acts 61st Leg.
2nd C.S. 1969, specifically prohibits the
transfer of funds appropriated for salaries
of classified positions.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Acting Co-Chairman
Z. T. Fortescue
Robert Darden
Jimmy L. White
Scott Garrison

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant